EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 19 |
| Conferencia Judicial de Puerto Rico | 173 DPR _____ |

Número del Caso: EC-2008-03

Fecha: 6 de febrero de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Conferencia Judicial
de Puerto Rico

EC-2008-03

Señalamiento a la
Vigésima Cuarta
Sesión Ordinaria de la
Conferencia Judicial
de Puerto Rico:
Agenda y Reglas

RESOLUCIÓN

San Juan, Puerto Rico, 6 de febrero de 2008

A tenor con nuestra Resolución de 11 de enero de 2008, convocando a los jueces y a las juezas del Tribunal General de Justicia y a los miembros de la Conferencia Judicial, para la Vigésima Cuarta Sesión Ordinaria de la Conferencia Judicial a celebrarse el 14 y 15 de febrero de 2008, en el Hotel Condado Plaza, los trabajos de esta Conferencia se regirán por la siguiente agenda:

**PRIMER DÍA**

**SESIÓN DE LA MAÑANA**

7:30 a.m.     Registro de Participantes e Invitados e Invitadas a la Conferencia Judicial

9:00 a.m.     Sesión de Apertura de la Conferencia: Mensaje Hon. Federico Hernández Denton, Juez Presidente

9:45 a.m.     Sesión Plenaria: Proyectos de Reglas

Primer Panel: Comité Asesor Permanente de Reglas de Procedimiento Civil

12:30 p.m.    Almuerzo

**SESIÓN DE LA TARDE**

2:00 p.m.    Reanudación de la Sesión
             Segundo Panel: Comité Asesor Permanente de
             Reglas de Procedimiento Criminal

5:00 p.m.    Cierre de los trabajos del Primer Día

## SEGUNDO DÍA

**SESIÓN DE LA MAÑANA**

7:30 p.m.    Registro de Asistentes

9:00 a.m.    Re-Apertura de la Sesión Plenaria

9:30 a.m.    Tercer Panel: Comité Asesor Permanente de
             Reglas de Evidencia

12:30 p.m.   Almuerzo

**SESIÓN DE LA TARDE**

2:00 p.m.    Reanudación de la Sesión
             Talleres grupales de discusión para Jueces
             y Juezas: Academia Judicial Puertorriqueña

4:00 p.m.    Conclusiones y Mensaje de Clausura:
             Hon. Federico Hernández Denton,
             Juez Presidente

5:00 p.m.    Cierre de los Trabajos de la Conferencia

## REGLAS

La Conferencia Judicial se regirá por las siguientes reglas:

1. El Juez Presidente llamará al orden y declarará constituida la Conferencia Judicial para dar comienzo a los trabajos.

2. Los teléfonos celulares de todos los asistentes se mantendrán apagados o en su modalidad silenciosa durante toda la Conferencia.

3. La Directora Administrativa de los Tribunales, Hon. Sonia Ivette Vélez Colón, se desempeñará como la Secretaria de la Conferencia Judicial, y será

la moderadora a cargo de presentar la agenda de los trabajos del día.

4. Podrán participar en la discusión plenaria, jueces y juezas, los miembros de la Conferencia Judicial y los invitados e invitadas.

5. El tiempo concedido para los turnos durante la discusión plenaria estará limitado, conforme al número de participantes, para permitir la participación del mayor número posible de personas.

6. El Juez Presidente podrá declarar fuera de orden cualquier planteamiento que no sea pertinente a los temas de la Conferencia Judicial.

7. Comenzada la Sesión, los asistentes deberán ocupar sus asientos y mantenerse en el salón designado para la Conferencia hasta que el Juez Presidente declare un receso o levante los trabajos.

8. Los comentarios y las sugerencias que se presenten durante la Sesión Plenaria y posterior a ésta serán objeto de estudio y análisis por el Secretariado de la Conferencia Judicial, la Academia Judicial y el Tribunal Supremo.

9. La Directora del Secretariado de la Conferencia Judicial, todo el personal del Secretariado, la Secretaria del Tribunal Supremo y el Alguacil del Tribunal Supremo, al igual que cualquier otro personal que sea designado, asistirán al Tribunal y a los participantes de la Conferencia Judicial durante los preparativos y los trabajos.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Publíquese.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo